*Mr. W. S. Towner,* for Appellant.

---

No. 3,485.—STATE ex rel. CLEMMY CARLSON, Relator, *v.* DISTRICT COURT et al., Respondents.

Original application for writ of mandate.

Decided May 7, 1914.

PER CURIAM.—It is ordered that the above-entitled proceeding be dismissed in accordance with *praecipe* of counsel for relator.

*Mr. E. A. Carleton,* for·Relator.

---

No. 3,454.—THOMAS F. LANE, Respondent, *v.* A. D. JONES, Appellant.

*Appeal from District Court, Gallatin County; Ben B. Law, Judge.*

Decided May 16, 1914.

PER CURIAM.—It is ordered that the appeals in the above-entitled cause be, and they are hereby, dismissed in accordance with *praecipe* of appellant.

*Mr. Geo. Y. Patten* and *Mr. H. P. Samuell,* for Appellant.

*Messrs. Carlson & Paddock,* for Respondent.